# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHIE QUIGLEY,<br><br>　　　　　Defendants. | Case No. CV 07-871-FMC (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that: (1) defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56 is granted; and (2) judgment shall be entered dismissing this action with prejudice.

DATED: December 30, 2008

　　　　　　　　　　　　　　　　　　　　_/s/ Florence-Marie Cooper_
　　　　　　　　　　　　　　　　　　　　FLORENCE-MARIE COOPER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE