# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATHIE QUIGLEY,<br><br>　　　　Defendant. | Case No. CV 07-871-FMC (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE